| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

Date:  **July 29, 2014**                              Time:  **18 minutes**

Reporter:  **Margo Gurule**

Case No:  **CR-14-0380 CRB**               DEFT:  **FEDEX CORPORATION, FEDEX EXPRESS, FEDEX CORPORATION SERVICES**
(X) Christine Richards Present

AUSA:  **Kirsten Ault, Kyle Waldinger**      DEF ATTY:  **Chris Arguedas, Raphael Goldman**
                                                                                                **Allen Ruby**

USPO:  _____
Interpreter: _____

**REASON FOR HEARING**   Status Conference

**RESULT**   Hearing held, matter continued with time excluded from 7/29/2014 to 9/24/2014 due to the complexity of the case. Court to retain discovery.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**   September 24, 2014 @ 2:00 p.m.   **for** Status Conference


**JUDGMENT** _____


Notes: Counsel to remain focused on material crucial in discovery