UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 14-380 CRB |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TIME FROM JULY 29, 2014 |
| ) | THROUGH SEPTEMBER 24, 2014 |
| v. ) | |
| ) | |
| FEDEX CORPORATION, ) | |
| FEDERAL EXPRESS CORPORATION ) | |
|   (A/K/A FEDEX EXPRESS) ) | |
| FEDEX CORPORATE SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   The defendants, FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION (A/K/A FEDEX EXPRESS), FEDEX CORPORATE SERVICES, INC. (collectively "FEDEX"), represented by Cris Arguedas, and the United States, represented by Kirstin M. Ault and Kyle F. Waldinger, Assistant United States Attorneys, appeared before the Court on July 29, 2014, for an initial appearance. The parties represented that the matter pending before the Court is complex, entailing the production of considerable discovery and the resolution of potentially complicated legal issues. The parties requested a continuance of the matter.

   The matter was continued to September 24, 2014 at 2:00 p.m. for further proceedings. The

ORDER EXLUDING TIME
Case No. CR 14-380 CRB

1  parties requested that time be excluded under the Speedy Trial Act between July 29, 2014, and
2  September 24, 2014, because production of discovery is on-going, which counsel for the defense will
3  need time to review, and the parties wished to meet and confer to set a pre-trial motions schedule.
4       Based upon the representation of counsel, and for good cause shown, the Court finds that (1) the
5  matter is complex, and (2) failing to exclude the time between July 29, 2014, and September 24, 2014,
6  would unreasonably deny counsel for the defendants the reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).
8  The Court further finds that the ends of justice served by excluding the time between July 29, 2014, and
9  September 24, 2014, from computation under the Speedy Trial Act outweigh the best interests of the
10 public and the defendants in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time
11 between July 29, 2014, and September 24, 2014, shall be excluded from computation under the Speedy
12 Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) & (iv).

15 DATED: August 19, 2014



_____
CHARLES R. BREYER
United States District Judge

ORDER EXLUDING TIME
Case No. CR 14-380 CRB