IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION,<br><br>             Defendant.<br>―――――――――――――――――――<br>CHRISTOPHER LIBERTY,<br><br>             Plaintiff,<br><br>    v.<br><br>FREDERICK W. SMITH et al.,<br><br>             Defendant.<br>―――――――――――――――――――/ | Nos. CR14-00380 CRB<br>        C14-03810 JCS<br><br>**ORDER RELATING CASES** |

The Court, having reviewed Magistrate Judge Joseph C. Spero's sua sponte judicial referral pursuant to Civil Local Rule 3-12(c), finds that the above-captioned cases are related and therefore RELATES the two cases and REASSIGNS Liberty v. Smith, 14-3810 to itself.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE