IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C14-00380 CRB |
| Plaintiff, | **ORDER DENYING SECOND MOTION TO INTERVENE** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

The Court is in receipt of a document filed by an individual named Kuang-Bao P. Ou-Young, entitled "Defendant-Intervenor Applicant's Notice of Motion and Second Motion to Intervene and Second Motion to Disqualify Judge" in which Mr. Ou-Young seeks to intervene in this case, citing Rule 12(b)(3) of the Federal Rules of Criminal Procedure.[1] See Mot. (dkt. 33). Nothing in Rule 12(b)(3) or in Mr. Ou-Young's Motion warrants Mr. Ou-Young's intervention in this case. Accordingly, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 27, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Mr. Ou-Young is the subject of a pre-filing order. See Case No. C-13-4442 EMC, dkt. 40. That Order deemed Mr. Ou-Young a vexatious litigant and required that he "obtain leave of court before filing any further suits" under particular federal statutes. See id. at 16-17. As Mr. Ou-Young has filed a motion to intervene in an ongoing suit, rather than a new suit under one of the enumerated statutes, the Order does not apply. The Court further notes that Mr. Ou-Young has filed four similar motions to intervene in Case No. CR-14-00196 CRB.