In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** May 14, 2015  **Time:** 50 minutes

**Court Reporter:** Rhonda Aquilina

**Case No. and Name:** CR-14-00380CRB  USA v FedEx Corporation, Federal Express Corporation, FedEx Corporate Services, Inc.

**Attorneys: (P)** Jenny Ellickson, Kirstin Ault    **(D)** Raphael Goldman, Cristina Arguedas, Ted Cassman, Alan Ruby

**USPO:**

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Motion to Dismiss #87

Motion re Issuance Rule 17 (c) Subpoenas #88

**SUMMARY:**

Motion to dismiss is denied.  Motion for issuance of Rule 17(c) Subpoenas is granted.  All subpoenas are to be issued as drafted.  Defense counsel is encouraged to communicate with counsel for entities and accommodate them if possible.

**()** Defendant remanded to the custody of the United States Marshal