IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C14-00380 CRB |
| Plaintiff, | **ORDER REQUIRING DEFENDANT TO RESPOND TO GOVERNMENT'S SUBMISSION** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

The Government filed a Submission in Response to the Court's Request (dkt. 127) on September 30, 2015. The Court hereby ORDERS Defendant to respond to the Government's submission.

**IT IS SO ORDERED.**

Dated: October 5, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE