IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C14-00380 CRB |
| Plaintiff, | **ORDER REQUIRING IN CAMERA REVIEW AND DETAILED WRITTEN EXPLANATIONS FOR REDACTED DISCOVERY MATERIALS** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

FedEx has moved for disclosure of redacted discovery materials currently in the government's possession. See Motion for Disclosure (dkt. 156). FedEx requests copies of

- the documents Bates numbered USFDX-0010000660, -663, -756, -766, -808, and -854, which are records that relate to witness Jim Byrom;
- all Food and Drug Administration memoranda of interview ("MOIs") that purport to record statements of FedEx employees or former employees who were subpoenaed in connection with the grand jury investigation of FedEx.

See Motion for Disclosure at 1. The Court ORDERS that the government, along with its response to this Motion, (a) file copies of these documents with the court for review in camera, and (b) provide detailed written explanations for each of the redactions at issue here.

**IT IS SO ORDERED.**

Dated: January 21, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE