Cristina C. Arguedas (CalBN 87787)
　Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
　Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
　Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
　Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
　Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255047)
　Email: patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
　& FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC.,<br><br>　　　　Defendants. | **No. CR 14-380 (CRB)**<br><br>**FEDEX DEFENDANTS' RESPONSE TO THE GOVERNMENT'S MOTION TO REQUIRE NOTICE OF ADVICE-OF-COUNSEL DEFENSE**<br><br>Date: March 2, 2016<br>Time: 2:00 p.m.<br>Hon. Charles R. Breyer |

The government has filed a motion asking the Court to require FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc. (collectively, "FedEx") to provide notice whether they intend to assert an advice-of-counsel defense at trial.  Dkt. 164.  FedEx does not intend to assert such a defense at trial.

Dated:  February 10, 2016

Respectfully submitted,  ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _____/s/_____
Raphael M. Goldman
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000

Counsel for Federal Express Corporation, FedEx Corporation and FedEx Corporate Services, Inc.