IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

FEDEX CORPORATION,

        Defendant.

No. C14-00380 CRB

**ORDER RE EX PARTE OPPOSITION TO GOVERNMENT'S REQUEST FOR DISCLOSURE**

The government has moved for an Order requiring FedEx to file a redacted copy of its opposition to the government's motion for disclosure of privileged materials. See Motion (dkt. 194). Given that "adversary proceedings are the norm in our system of criminal justice and ex parte proceedings the disfavored exception," see United States v. Thompson, 827 F.2d 1254, 1257–58 (9th Cir. 1987), and given that FedEx has the ability to redact the portions of its filings that it asserts are privileged, the Court GRANTS the government's motion.

The Court ORDERS that FedEx prepare redacted copies of the filings they submitted in response to the government's disclosure motion, redacting those portions of the filings that disclose communications or information over which FedEx continues to assert attorney-client or work-product privilege. FedEx is ORDERED to produce those redacted copies to the government. The Court further ORDERS that the government's reply brief deadline will be 14 days after FedEx produces these redacted copies to the government. The March 2, 2016 hearing on this matter is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 19, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE