Cristina C. Arguedas (CalBN 87787)
　Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
　Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
　Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
　Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
　Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255047)
　Email: patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
　& FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC.,<br><br>　　　　　Defendants. | **No. CR 14-380 (CRB)**<br><br>**REPLY IN SUPPORT OF MOTION BY FEDEX DEFENDANTS FOR DISCLOSURE OF REDACTED DISCOVERY MATERIALS**<br><br>Date: March 18, 2016<br>Time: 9:30 a.m.<br>Hon. Joseph C. Spero |

FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc. (collectively, "FedEx") have asked this Court for an order disclosing material redacted from two groups of documents:

- the documents Bates numbered USFDX-0010000660, -663, -756, -766, -808, and -854, which are records that relate to witness Jim Byrom; and
- all Food and Drug Administration memoranda of interview ("MOIs") that purport to record the statements of FedEx employees or former employees who were subpoenaed in connection with the grand jury investigation of FedEx.

*See* Dkt. 156 & 157.

The Court has repeatedly instructed that at the "heart" of the trial of this case will be the questions "What did FedEx know? What were they told? What did they do? What did they say?" 9/25/2014 Tx (Dkt. 53) at 5:8-12 & 22-24; *see also* 1/21/2015 Tx (Dkt. 69) at 8:20-23, 9:24-10:3, 11:20-12:16; 2/20/2015 Tx (Dkt. 85) at 11:3-8. "We're going to [have] everything that you [the government] said about FedEx, what they knew, when they knew it, what you expected them to do and so forth, all disclosed." 2/20/2015 Tx (Dkt. 85) at 10:21-24. Nevertheless, the government continues to insist that the documents that are the subject of FedEx's motion were never discoverable in the first place. *See* Dkt. 184, *passim*.

Judge Breyer has ordered the government to lodge the disputed materials with the Court for an *in camera* review. Dkt. 173. Presumably, the Court now has the materials in its possession. FedEx is confident that, should the redacted portions of the documents in question be material to the defense, exculpatory, or otherwise discoverable under the United States constitution or the Federal Rules of Criminal

Procedure, the Court will order them disclosed.

Dated: February 24, 2016

Respectfully submitted,                    ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _____/s/_____
        Cristina C. Arguedas
        Raphael M. Goldman
        803 Hearst Avenue
        Berkeley, CA 94710
        (510) 845-3000

        Counsel for Federal Express
        Corporation, FedEx Corporation and
        FedEx Corporate Services, Inc.