IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br> v.<br><br>FEDEX CORPORATION,<br><br>  Defendant. | No. C14-00380 CRB<br><br>**ORDER SETTING RULE 16(B) DISCLOSURE DATE** |

The government has filed a motion requesting that the Court set a deadline for FedEx's Rule 16(b) disclosures. See Motion (dkt. 163). Upon careful review of the parties' submissions and the relevant authorities, the Court ORDERS that FedEx must disclose all Rule 16(b) material—including all non-impeachment material—no later than April 15, 2016. The March 2, 2016 hearing on this motion is thus VACATED.

**IT IS SO ORDERED.**

Dated: March 1, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE