DAVID R. CALLAWAY (CABN 121782)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

KIRSTIN M. AULT (CABN 206052)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

JENNY C. ELLICKSON (DCBN 489905)
Trial Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7234
    kirstin.ault@usdoj.gov
    john.hemann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> FEDEX CORPORATION, <br> FEDERAL EXPRESS CORPORATION, <br> (A/K/A FEDEX EXPRESS), and <br> FEDEX CORPORATE SERVICES, INC., <br><br> Defendants. | No. 14-CR-00380-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO PRODUCE DRUG EXHIBITS FOR TESTING BY DEFENSE** |

    The United States of America, by and through its attorneys of record, and the above-captioned defendants, by and through their attorneys of record, hereby stipulate to the following:

    In accordance with Fed. R. Crim. P. 16(a)(1)(E), the Government shall extract and produce to the defendants samples, which, in the Government's discretion, are sufficient to perform qualitative and/or quantitative analysis, from the following drug exhibits:

//
//

1. Phentermine pills procured in or about February 2006 from safescriptsonline.com and supplied by Kwic Fill Pharmacy, presently in the custody of the Drug Enforcement Administration's Western Regional Laboratory (LIMS 2006-SFL7-00137; Exhibit 24);

2. Phentermine pills procured in or about August 2009 from discreetonlinemeds.com and supplied by Superior Drugs, presently in the custody of the Drug Enforcement Administration's Northeast Regional Laboratory (LIMS 2009-SFL2-01473; Exhibit 10); and

3. Butalbital procured in or about November 2009 from discreetonlinemeds.com and supplied by Superior Drugs, presently in the custody of the Food and Drug Administration in Philadelphia, Pennsylvania (File number 2008-PHP-715-0119/Exhibit number CIE 123642).

The Government shall deliver, or cause to be delivered, for testing the drug samples, in a manner it deems appropriate in light of the type and quantity of the samples, to the defendants' designated expert, Judy Stewart (DEA # RF0193778), of Forensic Analytical Sciences, 3777 Depot Rd., Suite 403, Hayward, CA 94545. The defense expert shall possess and present in advance, as a prerequisite to the delivery of the exhibits, a current and valid Drug Enforcement Administration ("DEA") registration sufficient to perform the inspection and testing of the schedule of drugs at issue, in accord and in full compliance with the applicable DEA registration procedures, found at 21 C.F.R. § 1301.11 *et seq.*;

Upon delivery of the drug samples to the defense expert, the expert shall sign and return by Registered Mail, Return Receipt Requested, all accompanying forms (including Form DEA-12, "Receipt For Cash Or Other Items") indicating receipt of the samples. The defense expert shall conduct the inspection and testing agreed to herein, and shall provide the Government with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746. The Declaration will state the quantity of each drug sample consumed during analysis, if any, as well as the weight of each drug sample both received from and returned to the Government. The Declaration shall be delivered to the Government immediately upon completion of the analyses ordered herein;

In accordance with Fed. R. Crim. P. 16(b)(1)(B), the defendants shall provide the Government with a copy of the results or reports of the analyses under this Order;

The defendants agree that any reweighing of the drug samples will be conducted first and separately from any testing involving qualitative and/or quantitative analyses of the drug samples;

STIP. & PROP. ORDER RE: DRUG TESTING
CR 14-380 CRB                                        2

1      The defendants' expert is responsible for safeguarding the drug samples, preserving the chain of
2  custody in a manner to faithfully protect its integrity, and shall not allow the drug samples to be
3  possessed by any other person;
4      The defendants' expert is responsible for repackaging each drug sample into a heat-sealed
5  evidentiary envelope, which heat-sealed container shall be placed into a separate heat-sealed envelope,
6  which shall be secured in such a manner that tampering will be readily observable;
7      Upon completion of inspection and any testing, the defendants' expert shall return any residual
8  drug samples and its original packaging to a law enforcement officer designated by the Government or,
9  where applicable, to the originating DEA laboratory by secure method, not to include regular mail. The
10 method can be secured delivery services (i.e., barcode tracking systems) offered by the United States
11 Postal Service (such as registered mail) or by a commercial carrier;
12     All inspection and testing must be completed within ten calendar days from the date of receipt of
13 the drug samples. Return of any residual drug samples and its original packaging must occur within five
14 calendar days following completion of the inspection and testing;
15     Any failure to follow the aforementioned procedures will render the results of any testing
16 scientifically unreliable, as those terms are used in the Federal Rules of Evidence or its state equivalent;
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  Any failure by the defendants and their expert to maintain the proper chain of custody will not
2  render any of the foregoing three drug exhibits inadmissible for this reason.

4  SO STIPULATED.

5
6  DATED: April __5__, 2016                    DAVID R. CALLAWAY
                                                Attorney for the United States
                                                Acting Under Authority Conferred
7                                               by 28 U.S.C. § 515

8                                               _____
                                                KIRSTIN M. AULT
9                                               JOHN H. HEMANN
                                                Assistant United States Attorneys
10

11 DATED: April __5__, 2016

12                                              _____
                                                CRIS ARGUEDAS, ESQ.
13                                              TED CASSMAN, ESQ.
                                                RAPHAEL GOLDMAN, ESQ.
14                                              Attorney for Defendants

15

16 **IT IS SO ORDERED.**

17

18 DATED: April __6__, 2016

19                                              _____
                                                HONORABLE CHARLES R. BREYER
                                                United States District Judge
20

STIP. & PROP. ORDER RE: DRUG TESTING
CR 14-380 CRB                                   4