In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:**   May 19, 2016                                           **Time:**  1 hour 50 minutes

                                                                                   **Court Reporter:**   Lydia Zinn

**Case No. and Name:**  CR-14-0380CRB    USA  v  FedEx Corporation, et al.

**Attorneys:**  **(P)** Kristen Ault, Jenny Ellickson, John Hemann
                       **(D)** Cristina Arguedas, Raphael Goldman, Ted Cassman, Peter Blumberg

**Deputy Clerk:**  Barbara Espinoza

**PROCEEDINGS:**

Pretrial conference
Motions in limine  doc no. 241
Motions in limine  doc no. 243

**SUMMARY:**

Motions in limine were addressed and ruled on in open court as stated on the record with the exception of the government's motion in limine no. 4, 6, 9 and defendant's motions no. 1, 3, 11 which the Court deferred ruling.

Parties are to meet and confer to find out what the defendants want regarding Brady material being turned over to them.

Government advises the Court that the questionnaires will be filed by Friday, May 20.

Parties are to work out the unsealing of the Grand Jury transcripts.

Letter brief regarding the order of proof due by May 23, 2016, response by May 25, 2016.