Allen J. Ruby (CalBN 47109)
Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255407)
Email: patrick.hammon@skadden.com
Claire A. McCormack (CalBN 241806)
Email: claire.mccormack@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Cristina C. Arguedas (CalBN 87787)
Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FEDEX EXPRESS, INC., and FEDEX CORPORATE SERVICES, INC.,<br><br>Defendants. | CASE NO.: CR 14-380 (CRB)<br><br>ORDER DISMISSING ALL CHARGES |

## ORDER

Upon motion of the United States of America, and good cause appearing, all charges are hereby dismissed.

**IT IS SO ORDERED**.

Dated: June 17, 2016

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE